RECEIVED
IN LAKE CHARLES, LA

DEC 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20136-001 |
| VS. | : | JUDGE MINALDI |
| STEVEN JOHN BELLARD | : | MAGISTRATE JUDGE WILSON |

### MEMORANDUM ORDER

The defendant has filed Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582. While certain cocaine sentencing provisions have recently been amended, the United States Sentencing Commission is still considering amendments that would apply retroactively. It is those amendments from which Bellard seeks to benefit. Even if the guidelines are amended in a manner more lenient to Lyons, the details of those amendments will be important to any review of a possible reduction in sentence. *U.S. v. Veloria*, 2007 WL 3374591 (D. Hawaii, 11/13/2007).

IT IS ORDERED that the defendant's 18 U.S.C. § 3582 motion is DENIED as premature, without prejudice to later refiling if the cocaine sentencing guidelines are amended to provide for retroactive sentencing reductions.

Lake Charles, Louisiana, this 27 day of December, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE